

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>UNITED DEBT SETTLEMENT, LLC and DOES 1 through 10 inclusive, and each of them<br><br>**Defendant.** | Civil No.   21-CV-1204-H-WVG<br><br>**DEFAULT** |

    It appears from the record in the above entitled action that Summons issued on the Original Complaint Filed on 7/1/2021 has been regularly served upon the Defendant hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that the Defendant has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, on request of counsel for Plaintiff, the DEFAULT of each of the following Defendants is hereby entered: UNITED DEBT SETTLEMENT, LLC

Entered On:  Dec 3, 2021

**JOHN MORRILL, Clerk of Court**

By:  s/ D. Frank

D. Frank, Deputy