# UNITED STATES DISTRICT COURT
## FOR THE Southern District of California
### San Diego

Mariano Benitez

                              Plaintiff,

v.                                         Case No.: 3:21−cv−01204−H−WVG  
                                             Judge Marilyn L. Huff

United Debt Settlement, LLC, et al.

                              Defendant.

## NOTICE OF HEARING

Please take notice that the above−entitled action has been placed on the calendar of the Honorable Judge Marilyn L. Huff on 2/14/22 at 10:30 AM , in , at the U.S. District Courthouse − San Diego, California, as to Defendant(s) United Debt Settlement, LLC .

FOR DISMISSAL FOR FAILURE TO MOVE FOR DEFAULT JUDGMENT under Local Rule 55.1 for failure to move for default judgment within thirty (30) days of the entry of a default.

                                                                            John Morrill,  
                                                                      Clerk of the Court

                                                          By: s/ S. Yaptangco, Courtroom Deputy